UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL CARR,<br><br>         Defendant. | Case No. 3:17-cr-00100-LRH-VPC<br><br>MINUTE ORDER<br><br>May 29th, 2018 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>  REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>  NONE APPEARING  </u>

COUNSEL FOR DEFENDANT(S): <u>  NONE APPEARING  </u>

**MINUTE ORDER IN CHAMBERS**:

  Before the court is defendant Michael Carr's Motion to File Exhibits A, B, & C to Defendant's Sentencing Memorandum Under Seal (ECF No. 29). The court has reviewed the motion, and the contents of Exhibits A, B, and C, and good cause appearing,

  IT IS HEREBY ORDERED that defendant's Motion to File Exhibits A, B, & C to Defendant's Sentencing Memorandum Under Seal (ECF No. 29) is GRANTED.

  IT IS SO ORDERED.

                  DEBRA K. KEMPI, CLERK

                  By: <u>   /s/   </u>

                       Deputy Clerk