UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00100-LRH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL CARR, | |
| Defendant. | |

Before the court is defendant's Motion for Early Termination of supervised release (ECF No. 66). The motion is unopposed by the Probation Office as well as the Government.

Pursuant to 18 U.S.C § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, if the court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice.

The court sentenced Mr. Carr in June 2018 and he received a sentence of time served followed by three years of supervised release. This represented a significant downward sentencing variance following the profound tragedy he and his family had experienced which had contributed to the offense for which he was convicted.

After some early personal problems complying with the restrictions of supervised release, Mr. Carr committed himself to actively pursuing and successfully completing

mental health treatment as well as substance abuse treatment. Over the past year and one half, Mr. Carr has between in full compliance with all terms of his supervised release, he continues in full employment with a local roofing company, and he has been promoted to a supervisory capacity. Most significantly, he has been with his family, his wife Stacey, their now eight-year-old daughter, and his home life, employment and personal well being have successfully stabilized.

    GOOD CAUSE APPEARING, it is hereby ordered that defendant's unopposed Motion for Early Termination of supervised release (ECF No. 66) is GRANTED, and the court extends its wholehearted congratulations to Mr. Carr and his family.

    IT IS SO ORDERED.

    DATED this 29th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE